IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAKOB WAYNE COMMADORE SMITH                                            PLAINTIFF

v.                              3:19-cv-00306-JM-JJV

DALE COOK, Sheriff,
Mississippi County Detention Center, *et al.*,                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 6th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE